UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

BRANDI SCHAUBERT                          CIVIL ACTION NO. 19-cv-0917

VERSUS                                    JUDGE JUNEAU

LOUIS ACKAL                               MAGISTRATE JUDGE
                                          WHITEHURST

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate

Judge previously filed herein, and having thoroughly reviewed the record, including

the written objections filed, and concurring with the findings of the Magistrate Judge

under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with

the report and recommendation, the Motion to Dismiss Health Care Claims, Rec.

Doc. [4] is DENIED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 7th day of

May, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE