# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| BRANDI SCHAUBERT | CASE NO. 19-cv-917 |
| -vs- | JUDGE DRELL |
| LOUIS ACKAL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT OF DISMISSAL

The court having been advised of the settlement of the claims existing among the parties and their joint desire to close this litigation, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that all claims in the above-captioned suit are **DISMISSED WITH PREJUDICE** with the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the suit if settlement is not consummated.

THUS DONE AND SIGNED at Alexandria, Louisiana this 2ND day of November 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT